UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUSTIN HEINZ,

        Plaintiff,

v.

DTE ENERGY CO.,

        Defendant.
_____/

Case No. 2:23-cv-11550

HONORABLE STEPHEN J. MURPHY, III

## ORDER DISMISSING CASE

Plaintiff Austin Heinz filed a "stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii); *see* ECF 19. Specifically, the parties stipulated to dismiss Plaintiff's claims with prejudice and the claims of the putative class members without prejudice. ECF 19, PgID 252. The Court will therefore dismiss the case.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the claims of the putative class members are **DISMISSED WITHOUT PREJUDICE**.

This is a final order that closes the case.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: April 16, 2024